UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2782(JMR/JMM)

| | | |
|---|---|---|
| Trinity Vell Owen | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Robert Auduhfer [sic] and Minnesota Department of Corrections et al. | ) | |

Plaintiff appeals the Order entered by the Honorable John M. Mason, United States Magistrate Judge, denying his motion to proceed in forma pauperis. Plaintiff's appeal was timely, pursuant to Local Rule 72.1(b)(2). After a thorough review of the files, records, and proceedings herein, the Court determines the Magistrate's Order is neither clearly erroneous nor contrary to law. Accordingly, IT IS ORDERED that:

1. The Order [Docket No. 3] is affirmed.

2. Plaintiff shall have until March 15, 2001, to pay the entire $150 filing fee, or the action shall be dismissed without prejudice.

Dated: February 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 27 2001