UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRINITY VELL OWEN,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF CORRECTIONS and ROBERT AUDUHFER (sic),

Defendants.

CIVIL NO. 00-2782 (JMR/JMM)

REPORT AND RECOMMENDATION

Plaintiff filed the Complaint [Docket No. 1] in this action, as well as an application to proceed *in forma pauperis* ("IFP") [Docket No. 2] on December 28, 2000. The Court issued an Order denying Plaintiff's IFP application on January 4, 2001 [Docket No. 3]. Plaintiff appealed the Order, which was affirmed by the District Court. Plaintiff was ordered to pay the entire $150.00 filing fee for this action no later than March 15, 2001, or have the action dismissed without prejudice. [Docket No. 5].

To date, Plaintiff has failed to pay the filing fee as ordered. Accordingly, it is recommended that Plaintiff's Complaint [Docket No. 1] be dismissed without prejudice.

**RECOMMENDATION**

For the reasons set forth above, it is recommended that Plaintiff's Complaint [Docket No. 1] be dismissed without prejudice.

Dated: April 20, 2001

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **May 7, 2001** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________