UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2782(JMR/JMM)

| | | |
|---|---|---|
| Trinity Vell Owen<br><br>v.<br><br>Robert Auduhfer [sic] and Minnesota Department of Corrections | ) | ORDER |

Plaintiff seeks additional time to file objections to the Report and Recommendation ("R&R") of the Honorable John M. Mason, United States Magistrate Judge. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's motion [Docket No. 7] is granted.

2. Plaintiff shall file any objections to the Magistrate's R&R by June 10, 2001.

Dated: June 7th, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK